UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA L. BECK,

    Plaintiff,

Case No. 1:11-cv-735

v.

HON. JANET T. NEFF

CITY OF PLAINWELL et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed April 10, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 112) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Reed's Motion for Dismissal on the Pleadings (Dkt 36) and Defendant DeHart's Motion to Dismiss (Dkt 40) are **GRANTED** and Plaintiff's complaint against Defendants Reed and DeHart is **DISMISSED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: April 30, 2012

    /s/ Janet T. Neff
    JANET T. NEFF
    UNITED STATES DISTRICT JUDGE