UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA L. BECK,

        Plaintiff,                               Case No. 1:11-cv-735

v.                                         HON. JANET T. NEFF

CITY OF PLAINWELL et al.,

        Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed May 10, 2012 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 126) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** Defendants City of Plainwell, Erik J. Wilson, William Bomar, John Varley and Ricky L. Updike's Motion for Summary Judgment (Dkt 34) and Defendant Robert A. Champion's Motion for Summary Judgment (Dkt 43) are GRANTED IN PART, DENIED IN PART, AND DENIED WITHOUT PREJUDICE IN PART as outlined, and for the reasons stated, in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff shall, no later than fourteen (14) days from the date of this Order, file a more definite statement clarifying the allegations in paragraphs 76, 115, 118, 130 and 134 of her complaint, precisely identifying the specific individual or individuals against whom such allegations are advanced.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3)

that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114

F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206,

211-12 (2007).

Dated:  May 29, 2012                                     /s/Janet T. Neff                                     
                                                        JANET T. NEFF
                                                        UNITED STATES DISTRICT JUDGE