UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA L. BECK,

    Plaintiff,

v.

CITY OF PLAINWELL, et al.,

    Defendants.

                             /

Case No. 1:11-cv-735

HON. JANET T. NEFF

## **ORDER**

This is a civil action brought by a *pro se* litigant. On October 30, 2012, the Magistrate Judge issued a Report and Recommendation (Dkt 142), recommending that Defendant's Erik J. Wilson, William Bomar, John Varley and Rickey L. Updike's Renewed Motion for Judgment on the Pleadings (Dkt 130) be granted. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation (Dkt 142) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Erik J. Wilson, William Bomar, John Varley and Rickey L. Updike's Renewed Motion for Judgment on the Pleadings (Dkt 130) is GRANTED for the reasons stated in the Report and Recommendation. Only the allegations of retaliation against Defendant Bomar, asserted in paragraphs ##102-04 of Plaintiff's complaint, and the allegations of retaliation against Defendant Varley, asserted in paragraph #86, remain.

Date: November 19, 2012

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge